ALBERT F. GESCHEIDT, as Executor, etc., Appellant, *v.* FREDERIKA DRIER et al., Respondents.

(Argued April 11, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1892, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Lucius L. Van Allen* for appellant.

*Wilson Brown, Jr.,* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

ROSABELLA LANGWORTHY, Respondent, *v.* THE VILLAGE OF OLEAN, Appellant.

(Argued April 11, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Fred L. Eaton* for appellant.

*J. H. Waring* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.